# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| v. | : | |
| ANTONIO WINTERS, JR. | : | Mag. No. 07-2008 (JS) |

      I, Jack Leo, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about November 25, 2006, in Atlantic County, in the District of New Jersey and elsewhere, defendant, Antonio Winters, Jr.

SEE ATTACHMENT A

in violation of Title 18, United States Code, Section(s) 1073.

      I further state that I am a criminal investigator with the United States Marshals Service and that this complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached page and made a part hereof.

_____<br>
Jack Leo, Inspector<br>
United States Marshals Service

Sworn to before me and subscribed in my presence,
February 15th, 2007, at Camden, New Jersey

HONORABLE JOEL SCHNEIDER              _____
UNITED STATES MAGISTRATE JUDGE      Signature of Judicial Officer

CONTENTS APPROVED

UNITED STATES ATTORNEY

By: _____
MATTHEW J. SKAHILL, AUSA

Date: 2/15/07

## ATTACHMENT A

On or about November 25, 2006 in the District of New Jersey and elsewhere, the defendant,

ANTONIO WINTERS, JR.,

did knowingly and willfully move and travel in interstate and foreign commerce with the intent to avoid prosecution under the laws of the place from which he fled, namely, New Jersey, for a crime which is a felony under the laws of that State, specifically, Homicide, contrary to NJSA 2C:11-3A(1)(2).

## ATTACHMENT B

I, Jack Leo, am an Inspector with the United States Marshals Service, assigned to the New York/New Jersey (USMS) Regional Fugitive Task Force Atlantic City Division. I have personally participated in this investigation and am aware of the facts contained herein based upon my own investigation as well as information provided to me by other law enforcement officers. Since this Affidavit is submitted for the sole purpose of establishing probable cause to support the issuance of a complaint, I have not necessarily included each and every fact known by the government concerning this investigation.

1. On or about November 24, 2006, Ibn Powell was shot with a firearm in Atlantic County, New Jersey and died as a result.

2. On or about November 29, 2006, a criminal complaint was filed against defendant ANTONIO WINTERS, JR. ("WINTERS") in Atlantic County, New Jersey Superior Court, charging him with homicide, contrary to NJSA 2C:11-3A (1)(2). A state warrant for WINTERS' arrest was issued, which is attached as "Exhibit A".

3. Following the issuance of the arrest warrant, the United States Marshals Service and the Atlantic County Prosecutor's Office conducted numerous interviews of WINTERS' associates and family members in New Jersey, but were unable to locate WINTERS.

4. In connection with the investigation, law enforcement officers interviewed a confidential source of information ("CS"), who stated that WINTERS had fled to Maryland with an unknown associate, with whom he now resides at an unknown location. The CS also told the investigators that the CS has spoken on the telephone with WINTERS from November, 2006 through February, 2007.

5. Several personal associates of WINTERS told the investigators that at the time of WINTERS' flight, WINTERS was in possession of a cellular telephone, bearing the mobile identification number (609) 573-1803 ("WINTERS' telephone"). An analysis of call records associated with the WINTERS' telephone reveal several calls placed to and from known associates of WINTERS.

6. Cell-site analysis of the WINTERS' telephone reveals that immediately following the homicide with which WINTERS is charged, the WINTERS' telephone traveled to the area of Mays Landing, New Jersey where it remained through the evening and into the morning of November 25, 2006. During the morning of November 25, 2006, someone using the WINTERS' telephone placed two separate telephone calls to (410) 422-7525, a cellular telephone number subscribed to by Derrick Thompson of 107 Overlook Dr., Salisbury, Maryland. 410 is the area code for Salisbury, Maryland and is the only number called by the WINTERS' telephone with a Maryland area code.

7. At approximately 2:41 p.m., on November 25, 2006, an analysis of cell-site information associated with the WINTERS' telephone revealed that it traveled on the Atlantic City Expressway toward the Walt Whitman Bridge, which provides access to U.S. Highway 95, a main thoroughfare providing direct access to Maryland. Usage of the WINTERS telephone was ultimately discontinued at approximately 2:56 p.m. on November 25, 2006.

Case 1:07-mj-02008-SAK   Document 1   Filed 02/15/07   Page 5 of 8 PageID: 5

A

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| 0102 | W | 2006 | 010829 | VS. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | ANTONIO WINTERS JR |

ATLANTIC CITY MUNICIPAL COURT
2715 ATLANTIC AVE
ATLANTIC CITY  NJ 08401
(609) 347-5560 COUNTY OF: ATLANTIC

ADDRESS: 221 N. N. CAROLINA AVENUE
ATLANTIC CITY  NJ 08401

| # of CHARGES 3 | CO-DEFTS | POLICE CASE #: MCU 06-095 |
|---|---|---|

DEFENDANT INFORMATION
SEX: M  EYE COLOR: BROWN  DOB: 08-15-1987
DRIVER'S LIC. #:  DL STATE:
SOCIAL SECURITY #: 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  SBI #:
TELEPHONE #:

COMPLAINANT NAME: EDWIN CINTRON
1001 G GRAND ST
HAMMONTON  NJ 08037

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 11-24-2006 in ATLANTIC CITY, ATLANTIC County, NJ did:

ON NOVEMBER 24, 2006 IN THE CITY OF ATLANTIC CITY, COUNTY OF ATLANTIC AND WITHIN THE JURISDICTION OF THIS COURT, DID PURPOSELY OR KNOWINGLY CAUSE THE DEATH OF IBN POWELL, OR DID PURPOSELY OR KNOWINGLY, INFLICT SERIOUS BODILY INJURY, RESULTING IN HIS DEATH, CONTRARY TO THE PROVISION OF N.J.S. 2C:11-3A(1)(2), AND AGAINST THE PEACE OF THIS STATE, THE GOVERNMENT AND DIGNITY OF THE SAME.

ON OR ABOUT THE 24TH OF NOVEMBER, 2006 IN THE CITY OF ATLANTIC CITY, COUNTY OF ATLANTIC AND WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY AND UNLAWFULLY DID POSSESS A CERTAIN WEAPON, TO WIT: A HANDGUN WITH THE PURPOSE TO USE IT UNLAWFULLY AGAINST THE PERSON OR PROPERTY OF ANOTHER; CONTRARY TO THE PROVISION OF N.J.S. 2C:39-4D, AND AGAINST THE PEACE OF THE STATE, THE GOVERNMENT AND DIGNITY OF THE SAME.

ON OR ABOUT THE 24TH OF NOVEMBER, 2006 IN THE CITY OF ATLANTIC CITY, COUNTY OF

In violation of:

| Original Charge | 1) 2C:11-3A(1)(2) | 2) 2C:39-4D | 3) 2C:39-5B |
|---|---|---|---|
| Amended Charge | | | |

**CERTIFICATION:**
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Signed: _____  Date: NOV 29, 2006

DATE OF FIRST APPEARANCE  TIME  DATE OF ARREST 00-00-0000

**PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT**

☐ Probable cause IS NOT found for the issuance of this complaint.

Signature of Court Administrator or Deputy Court Administrator  Date   Signature of Judge  Date

☒ Probable cause IS found for the issuance of this complaint. _____ Bernard E. DeLury, Jr. J.S.C.  Nov 29, 2006
Signature and Title of Judicial Officer Issuing Warrant

TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: 750,000.00  PUR by: _____ Bernard E. DeLury, Jr. J.S.C.  Nov 29, 2006
(if different from judicial officer that issued warrant)

☐ Domestic Violence -- Confidential   ☐ Related Traffic Tickets or Other Complaints   ☐ Serious Personal Injury/ Death Involved

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

**SUPERIOR COURT COPY**

Page 7 of 7   NJ/CDR2 8/1/2005

# COMPLAINT - WARRANT

**THE STATE OF NEW JERSEY**
**VS.**

**COMPLAINT NUMBER**

| 0102 | W | 2006 | 010829 |
|---|---|---|---|
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

ATLANTIC CITY MUNICIPAL COURT
2715 ATLANTIC AVE
ATLANTIC CITY    NJ  08401
(609) 347-5560 COUNTY OF: ATLANTIC

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 3 | | MCU 06-095 |

COMPLAINANT NAME: EDWIN CINTRON
1001 S GRAND ST
HAMMONTON    NJ  08037

ANTONIO  WINTERS JR
ADDRESS: 221 N. N. CAROLINA AVENUE
ATLANTIC CITY    NJ  08401

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN   DOB: 08-15-1987
DRIVER'S LIC. #:                          DL STATE:
SOCIAL SECURITY #: 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   SBI #:
TELEPHONE #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 11-24-2006 in ATLANTIC CITY, ATLANTIC County, NJ did: ATLANTIC AND WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY AND UNLAWFULLY DID POSSESS A CERTAIN WEAPON, TO WIT: A HANDGUN WITHOUT FIRST HAVING OBTAINED A PERMIT TO CARRY SAME AS PROVIDED IN N.J.S. 2C:58-4; CONTRARY TO THE PROVISION OF N.J.S. 2C:39-5B, AND AGAINST THE PEACE OF THE STATE, THE GOVERNMENT AND DIGNITY OF THE SAME.

| in violation of: | 1) | 2) | 3) |
|---|---|---|---|
| Original Charge | | | |
| Amended Charge | | | |

**CERTIFICATION:**
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Signed: [signature]                Date: NOV 29 2006

DATE OF FIRST APPEARANCE          TIME          DATE OF ARREST 00-00-0000

**PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT**

☐ Probable cause IS NOT found for the issuance of this complaint.

_____ Date  _____ Date
Signature of Court Administrator or Deputy Court Administrator    Signature of Judge

☑ Probable cause IS found for the issuance of this complaint. [signature] Bernard E DeLury Jr J.S.C. NOV 29, 2006
Signature and Title of Judicial Officer Issuing Warrant

TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: $750,000.          by: [signature] Bernard E. DeLury, Jr. J.S.C. NOV 29, 2006
(if different from judicial officer that issued warrant)

☐ Domestic Violence – Confidential
☐ Related Traffic Tickets or Other Complaints
☐ Serious Personal Injury/ Death Involved

Special conditions of release:
☑ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

**SUPERIOR COURT COPY**

Page 7 of 7                               NJ/CDR2 8/1/2005